DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-0121-RLH-RJJ |
| PLAINTIFF, | MOTION TO DISMISS COUNT EIGHT OF THE INDICTMENT |
| VS. | **ORDER** |
| BRETT I. DEPUE, | |
| DEFENDANT. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, moves to dismiss Count Eight of the Indictment.

Respectfully submitted this 31st day of January 2012.

DANIEL G. BOGDEN
United States Attorney

/s/ Brian Pugh
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated: February 1, 2012**