DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-0121-RLH-RJJ |
| Plaintiff, | |
| vs. | ORDER |
| BRETT I. DEPUE, | |
| Defendant. | |

Based on the argument of counsel and being fully advised on the matter,

**IT IS HEREBY ORDERED** that the Government's oral motion to introduce an un-redacted copy of exhibit 79, the James Adams October 22, 2005 letter to Brett Depue and another party, is hereby **GRANTED**.

DATED this __24th__ day of February 2012.

_____
UNITED STATES DISTRICT JUDGE