# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-00121-RLH-RJJ |
| vs. | ) | **O R D E R** |
| BRETT DEPUE, | ) | |
| Defendant. | ) | |

Before this Court is Defendant's Motion to Revoke, or in the Alternative, Amend Detention Order (#178, filed March 7, 2012) and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the government's response to Defendant's Motion to Revoke, or in the Alternative, Amend Detention Order (#178) shall be filed one week from the date of this Order.

Dated: March 8, 2012.

_____
**ROGER L. HUNT**
**U.S. District Judge**