**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-121-RLH (RJJ) |
| ) | |
| BRETT DEPUE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On March 6, 2012, defendant BRETT DEPUE was found guilty by a jury of Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344 and 1349; and of Counts Two through Seven, and Ten, with Wire Fraud in violation of Title 18, United States Code, Section 1343. Docket #175.

This Court finds that BRETT DEPUE shall pay a criminal forfeiture money judgment of $8,593,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRETT DEPUE a criminal forfeiture money judgment in the amount of $8,593,000.00 in United States Currency.

DATED this 14th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing (revised, proposed) Order of Forfeiture on March 13, 2012, by the below identified method of service:

CM/ECF:

Mace J Yampolsky
Mace Yampolsky, LTD
625 S. Sixth St.
Las Vegas, NV 89101
Email: Mace@macelaw.com
Counsel for Defendant Brett Depue

Mark B Bailus
Bailus Cook & Kelesis, Ltd.
400 So. 4th Street Suite 300
Las Vegas, NV 89101
Email: law@bckltd.com

Counsel for Defendant Brian Barney

Michael V Cristalli
Gordon Silver
3960 Howard Hughes Parkway 9th Floor
Las Vegas, NV 89169
Email: mcristalli@gordonsilver.com
Counsel for the Defendant Maria Ornelas

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal