DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA )
                                                   )   Case No.: 2:10-cr-121-RLH-RJJ
             Plaintiff, )
vs. )   **GOVERNMENT'S MOTION**
                                                   )   **TO UNSEAL**
BRETT DEPUE, )
BRIAN BARNEY, and )
MARIA ORNELAS )
                                                   )
            Defendants. )
_____)

      The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, hereby moves to unseal documents in this case.

      Various documents associated with defendants Brian Barney and Maria Ornelas were previously sealed in this case. The reasons for those documents to be sealed no longer exists. Accordingly, the United States requests that those documents previously sealed now be unsealed, including but not limited to the following docket entries and associated documents: Barney

/ / /

/ / /

/ / /

Change of Plea Minutes, Ornelas Change of Plea Minutes, Ornelas Plea Memorandum, and Ornelas change of plea Order of Forfeiture

DATED this 11th day of May 2012

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Sarah E. Griswold
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: May 14, 2012**

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that the undersigned has served the foregoing on counsel of record by means of electronic filing.

DATED this 11th day of May, 2012.

/s/ Kelly Muranaka
KELLY MURANAKA
Legal Assistant