**FILED**

JUL 19 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN BARNEY,<br><br>        Defendant. | 2:10-CR-121-RLH (RJJ) |

### ORDER OF FORFEITURE

This Court found on June 15, 2010, that BRIAN BARNEY shall pay a criminal forfeiture money judgment of $155,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 1341, 1343, 1344 and 1349; Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Order of Forfeiture, ECF No. 43.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRIAN BARNEY a criminal forfeiture money judgment in the amount of $155,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title

. . .

. . .

18, United States Code, Sections 1341, 1343, 1344 and 1349; Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 19 day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE